# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| GUNDA COPPER, | ) | No. EDCV 07-1691-SJO (AGR) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| T. HEDGPETH, Warden, | ) | |
| Respondent(s). | ) | |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 1/27/11

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE